UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM R. JACKSON,                :

    Petitioner,                            :

                                                          CIVIL ACTION NO.

v.                                                     :

                                                          1:05-CV-2016-MHS

ROSE WILLIAMS,                    :

    Respondent.                          :

## ORDER

This action is before the Court on petitioner's motion for redetermination of his application for a writ of habeas corpus. For the following reasons, the Court denies the motion.

Petitioner, a state prisoner serving a life sentence for armed robbery, filed the instant habeas corpus action on August 1, 2005. Noting that petitioner had filed a previous habeas corpus petition in this Court that had been denied, see Jackson v. Gaither, Civil Action No. 1:93-CV-1760-FMH (May 10, 1995), the Court found that this was a second or successive petition that the Court could not consider without proper certification by the Eleventh

AO 72A
(Rev.8/82)

Circuit pursuant to 28 U.S.C. § 2244(b)(3). Accordingly, the Court dismissed the petition. See Order of August 25, 2005.

Petitioner then filed an application with the Eleventh Circuit seeking an order authorizing this Court to hear a second or successive petition for a writ of habeas corpus. On September 28, 2005, the Eleventh Circuit denied the application. See In re: William R. Jackson, No. 05-15157-G (11th Cir. Sept. 28, 2005). The court of appeals noted that petitioner did not indicate whether his initial habeas petition had been denied with prejudice. If not, the court held, petitioner did not need permission to file a second or successive habeas petition, and his application would be denied as unnecessary. If, on the other hand, the initial petition had been denied with prejudice, the court found that petitioner had failed to make the showing required to obtain permission to file a second or successive petition.

Petitioner then filed the motion currently before the Court seeking a redetermination of the instant habeas corpus petition if, in fact, his initial habeas petition was denied without prejudice. The Court has reviewed Magistrate Judge Feldman's Report and Recommendation (R&R) dated

2

February 23, 1995, and Judge Hull's Order adopting the R&R dated May 9, 1995. The Order and the R&R addressed the merits of the petition, and Judge Hull's dismissal was therefore <u>with</u> prejudice. Consequently, petitioner may not pursue a second or successive petition without authorization from the Eleventh Circuit, and the Eleventh Circuit has already denied such authorization.

Accordingly, the Court DENIES petitioner's motion for redetermination of his application for writ of habeas corpus [#5].

IT IS SO ORDERED, this 17 day of December, 2005.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

3

AO 72A
(Rev.8/82)